Argued and submitted October 12, 1992, affirmed April 21, 1993

STATE OF OREGON,
*Respondent,*

*v.*

ROBERT C. LYCKSELL,
*Appellant.*

(P370488; CA A74005)

849 P2d 1161

Terrance C. Hunt, Portland, argued the cause for appellant. With him on the brief was Parker & Bush, P.C., Portland.

Kaye E. Sunderland, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Edmonds, Presiding Judge, and De Muniz and Leeson,* Judges.

PER CURIAM

Affirmed. *State v. Conway*, 75 Or App 430, 435, 707 P2d 618, *rev den* 300 Or 451 (1985); *State v. Andes*, 104 Or App 719, 722, 803 P2d 273 (1990).

---

* Leeson, J., *vice* Buttler, J., retired.